[No. 49544-5-I. Division One. October 28, 2002.]

*In the Matter of the Marriage of* WILLIAM M. LUKOSKIE, JR.,
*Appellant*, and SOON KIM, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 99-3-06845-2, Richard D. Eadie, J., entered
October 15, 2001. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Cox, A.C.J., and Schindler, J.

[No. 49972-6-I. Division One. October 28, 2002.]

JOHN ROMAN, *Appellant*, v. THE BOARD OF TAX APPEALS, ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 00-2-29703-3, Ann Schindler, J., entered No-
vember 30, 2001. *Affirmed* by unpublished per curiam
opinion.

[No. 49998-0-I. Division One. October 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. R.S., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 02-8-00422-1, Dale B. Ramerman, J., entered
February 8, 2002. *Affirmed in part, reversed in part,* and
*remanded* by unpublished per curiam opinion.

[No. 50076-7-I. Division One. October 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L.
ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 00-1-09266-7, Carol A. Schapira, J., entered
January 25, 2002. *Reversed* by unpublished per curiam
opinion.